**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |
|---|---|
| In re: | : |
|  | : CHAPTER 11 |
| AERIAL LIFT, INC. | : |
|  | : CASE NO. 11-30215 (LMW) |
| Debtor. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 1, 2011, the Debtor's Motion to Pay Payroll (**Doc. No. 3**), and the Motion to Expedite Hearing (Doc. No. 4) were filed electronically. On February 1, 2011, this Court's Order granting the Motion to Expedite Hearing (**Doc. No. 5**) was filed electronically. Notice of these filings was sent by e-mail to all parties by operation of the Court's electronic filing (CM/ECF) system. Parties may access these filings through the Court's system.

The undersigned further certifies that pursuant to the Order granting the Motion to Expedite Hearing, copies of Doc. No. 3 and Doc. No. 5 were sent on February 1, 2011 to the parties listed via the methods indicated on the attached service list.

Dated: February 2, 2011
       New Haven, Connecticut                        AERIAL LIFT, INC., DEBTOR

                                                     By /s/ Douglas S. Skalka
                                                        Douglas S. Skalka (ct00616)
                                                        Neubert, Pepe & Monteith, P.C.
                                                        195 Church Street, 13th Floor
                                                        New Haven, Connecticut 06510
                                                        Telephone 203.821.2000
                                                        Facsimile 203.821.2009
                                                        Email dskalka@npmlaw.com

**Via CM/ECF System:**
United States Trustee- USTPRegion02.NH.ECF@USDOJ.GOV

**Via Electronic Mail:**
Plastic Techniques, Attention Lynn Sweeney- sales@plastictechniques.com

**Via Federal Express:**
J.P. Carlton Company
Attention:  President
121 John Dodd Road
Spartanburg, SC  29303-4642

**Via Facsimile:**

| Company | Fax | Attn |
|---|---|---|
| Gabrielli Truck Sales | 203-877-0614 | ATTN President |
| Arbotech Stahl | 330-264-7428 | ATTN President |
| Hydro Air | 203-248-8867 | ATTN President |
| Faxon Engineering | 203-877-2372 | ATTN President |
| Wireco | 660-627-4001 | ATTN President |
| Chapin & Bangs Inc. | 203-334-8538 | ATTN President |
| Copper & Brass | 203-265-9785 | ATTN President |
| Fleet Pride | 203-287-3716 | ATTN President |
| BDI | 203-375-8403 | ATTN President |
| Gear Products | 918-234-3455 | ATTN President |
| Muncie Power Products | 610-539-4461 | ATTN President |
| Fisher Products | 203-269-3904 | ATTN President |
| L.F. Powers | 203-596-7997 | ATTN President |
| Scot Indust | 330-263-4702 | ATTN President |
| Standard Oil of Ct Inc | 203-333-3358 | ATTN President |
| Omni Services | 860-223-4705 | ATTN President |
| Buyers Product | 800-841-8003 | ATTN President |
| Gexa Energy | 800-627-8813 | ATTN President |